Erik J. Foley
Nevada Bar No. 14195
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: efoley@lrrc.com

*Attorneys for Defendant JE Dunn Construction Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JE DUNN CONSTRUCTION COMPANY; FEDERAL INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; DOE Individuals I-X and ROE Entities I-X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00790-JAD-NJK<br><br>Compl. Filed:   May 1, 2020<br><br>**STIPULATION TO EXTEND ALL DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

This Stipulation to Extend all Defendants' Time to Respond to Complaint is made by and between Plaintiff United States of America, for the use and benefit of Sustainable Modular Management, Inc. ("Plaintiff") and Defendant JE Dunn Construction Company ("JE Dunn") through their respective counsel, in light of the following facts:

RECITALS

A. Plaintiff filed the Complaint ("Complaint") against JE Dunn on or about May 1, 2020.

B. JE Dunn was served with the Complaint on May 13, 2020.

111404979.1

C. JE Dunn's current deadline to respond to the Complaint is June 3, 2020.

D. Federal Insurance Company has not yet been served.

E. Hartford Fire Insurance Company was served with the Complaint on May 13, 2020.

F. Hartford Fire Insurance Company current deadline to respond to the Complaint is June 3, 2020.

G. Travelers Casualty and Surety Company of America was served with the Complaint on May 13, 2020.

H. Travelers Casualty and Surety Company of America current deadline to respond to the Complaint is June 3, 2020.

I. The parties agreed that JE Dunn shall have until June 17, 2020, to respond to the Complaint in order to give JE Dunn time to investigate Plaintiff's claims and prepare a proper response. Additionally, the remaining defendants have, or are expected to, tender defense of these claims to JE Dunn and counsel for JE Dunn expects to represent all Defendants. The parties agreed that the additional time will allow Defendants to finalize these arrangements so that individual answers may not be required.

J. Accordingly, the parties further agree that the deadline for all Defendants to respond to the Complaint will be June 17, 2020.

K. There is good cause to grant this stipulation because JE Dunn requires additional time to investigate Plaintiff's claims, prepare a proper response on behalf of JE Dunn and the remaining Defendants.

L. This stipulation is filed in good faith and not intended to cause delay.

M. Pursuant to Local Rule IA 6-2, Plaintiff and JE Dunn respectfully request that the Court extend all Defendants' time to respond to Plaintiff's Complaint through June 17, 2020.

///
///
///

## STIPULATION

NOW, THEREFORE, Plaintiff and JE Dunn hereby stipulate and agree that JE Dunn and all Defendants have up to and including June 17, 2020, to file a response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 3rd day of June, 2020.

**MORRIS LAW GROUP**

By: /s/ Rosa Solis-Rainey
Steve Morris, Bar No. 1543
Rosa Solis-Rainey, Bar No. 7921
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101

HALLETT & PERRIN
Michael S. Alfred (pro hac vice pending)
1445 Ross Ave, Suite 2400
Dallas Texas 75202

*Attorneys for Plaintiff*

DATED this 3rd day of June, 2020.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: /s/ Erik J. Foley
Erik J. Foley
Nevada Bar No. 14195
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169

*Attorneys for Defendant
JE Dunn Construction Company*

ORDER

IT IS SO ORDERED.

United States Magistrate Judge

DATED June 4, 2020

111404979.1

3