Erik J. Foley
Nevada Bar No. 14195
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: efoley@lrrc.com

*Attorneys for Defendants JE Dunn Construction*
*Company, Hartford Fire Insurance Company,*
*and Travelers Casualty and Surety Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>JE DUNN CONSTRUCTION COMPANY; FEDERAL INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; DOE Individuals I-X and ROE Entities I-X, inclusive,<br><br>      Defendants. | Case No.: 2:20-cv-00790-JAD-NJK<br><br>Compl. Filed:   May 1, 2020<br><br><br>**STIPULATION TO EXTEND ALL DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

      This Stipulation to Extend all Defendants' Time to Respond to Complaint is made by and between Plaintiff United States of America, for the use and benefit of Sustainable Modular Management, Inc. ("Plaintiff") and Defendants JE Dunn Construction Company, Harford Fire Insurance Company, and Travelers Casualty and Surety Company of America ("Defendants") through their respective counsel, in light of the following facts:

<u>RECITALS</u>

      A.    Plaintiff filed the Complaint ("Complaint") on or about May 1, 2020.

111511738.1

B.      Pursuant to the second Stipulation and Order to Extend All Defendants' Time to Respond to Complaint, the current deadline for all defendants to respond to the Complaint is June 26, 2020.

C.      With the exception of Defendant Federal Insurance Company, all defendants have been served.

D.      Through an agreement with Plaintiff and Federal Insurance Company, counsel for Defendants will be authorized to accept service on behalf of Federal Insurance Company.

E.      To allow time to coordinate the acceptance of service, and to allow all defendants to provide a single response to Plaintiff's Complaint, the parties agreed that all defendants shall have until Wednesday, July 1, 2020, to respond to the Complaint.

F.      There is good cause to grant this stipulation because the extension avoids the necessity of filing multiple responses to the Complaint, and the associated costs.

G.      This stipulation is filed in good faith and not intended to cause delay.

H.      Pursuant to Local Rule IA 6-2, Plaintiff and JE Dunn respectfully request that the Court extend all defendants' time to respond to Plaintiff's Complaint through July 1, 2020.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

2

**STIPULATION**

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate and agree that all defendants have up to and including July 1, 2020, to file a response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 26th day of June, 2020.

**MORRIS LAW GROUP**


By:/s/Michael S. Alfred
Steve Morris, Bar No. 1543
Rosa Solis-Rainey, Bar No. 7921
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101

HALLETT & PERRIN
Michael S. Alfred (admitted pro hac vice)
1445 Ross Ave, Suite 2400
Dallas Texas 75202

*Attorneys for Plaintiff*

DATED this 26th day of June, 2020.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**


By:   /s/ Erik J. Foley
Erik J. Foley
Nevada Bar No. 14195
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169

*Attorneys for Defendants JE Dunn Construction Company, Hartford Fire Insurance Company, and Travelers Casualty and Surety Company*

ORDER

IT IS SO ORDERED.

United States Magistrate Judge

DATED   June 29, 2020

111511738.1