MORRIS LAW GROUP
Steve Morris, Bar No. 1543
Rosa Solis-Rainey, Bar No. 7921
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada  89101
Telephone: (702) 474-9400
Facsimile:   (702) 474-9422
Email:  sm@morrislawgroup.com
Email:  rsr@morrislawgroup.com

HALLETT & PERRIN, P.C.
Michael S. Alfred *(pro hac vice)*
1445 Ross Ave, Suite 2400
Dallas Texas 75202
Email: malfred@hallettperrin.com

*Attorneys for Plaintiff*
  *SUSTAINABLE MODULAR MANAGEMENT, INC.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation<br><br>Plaintiff,<br><br>v.<br><br>JE DUNN CONSTRUCTION COMPANY;  FEDERAL INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; DOE Individuals I-X and ROE Entities I-X, inclusive,<br><br>Defendants. | Case No.  2:20-cv-00790-JAD-NJK<br><br>**PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER JE DUNN'S COUNTERCLAIM**<br><br>**SECOND REQUEST** |

UNITED STATES OF AMERICA, for the use and benefit of SUSTAINABLE MODULAR MANAGEMENT, INC. ("Plaintiff" or "SMM")

files its Second Unopposed Motion to Extend Time to Answer JE Dunn Construction Company's ("JE Dunn") Counterclaim (the "Counterclaim"), and in support thereof, would respectfully state as follows:

1. Plaintiff's answer to the Counterclaim (Dkt. 25) is currently due by extension on July 29, 2020.

2. Plaintiff requested an extension to its deadline to answer JE Dunn's Counterclaim until August 10, 2020 because counsel for Plaintiff's minor child and immediate family member has tested positive for Covid-19. Counsel for Plaintiff is addressing the issues inherent in this diagnosis, and is self-quarantining as well.

3. JE Dunn granted the extension and authorized the undersigned counsel to represent that it is not opposed to this request for an extension of time.

4. Accordingly, Plaintiff respectfully requests an extension of time until and including August 10, 2020 to respond to the Counterclaim.

MORRIS LAW GROUP

By: /s/ MICHAEL S. ALFRED
Steve Morris, Bar No. 1543
Rosa Solis-Rainey, Bar No. 7921
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada  89101

HALLETT & PERRIN, P.C.
Michael S. Alfred (pro hac vice)
1445 Ross Ave, Suite 2400
Dallas, Texas 75202
Email: malfred@hallettperrin.com

*Attorneys for Plaintiff*
*SUSTAINABLE MODULAR*
*MANAGEMENT, INC.*

IT IS SO ORDERED.
Dated:  July 30, 2020
.
.
_____
Nancy J. Koppe
United States Magistrate Judge