MORRIS LAW GROUP
Steve Morris, Bar No. 1543
Rosa Solis-Rainey, Bar No. 7921
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile:  (702) 474-9422
Email: sm@morrislawgroup.com
Email: rsr@morrislawgroup.com

HALLETT & PERRIN, P.C.
Michael S. Alfred (pro hac vice)
1445 Ross Ave, Suite 2400
Dallas Texas 75202
Email: malfred@hallettperrin.com

*Attorneys for Plaintiff*
  *SUSTAINABLE MODULAR MANAGEMENT, INC.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation<br><br>                               Plaintiff,<br><br>v.<br><br>JE DUNN CONSTRUCTION COMPANY; FEDERAL INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; DOE Individuals I-X and ROE Entities I-X, inclusive,<br><br>                               Defendants. | Case No.  2:20-cv-00790-JAD-NJK<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE ANSWER TO JE DUNN'S COUNTERCLAIM**<br><br>**(THIRD REQUEST)** |

UNITED STATES OF AMERICA, for the use and benefit of

SUSTAINABLE MODULAR MANAGEMENT, INC. ("Plaintiff" or "SMM") files

its Unopposed Motion for Leave to File Answer to JE Dunn Construction Company's ("JE Dunn") Counterclaim (the "Counterclaim"), and in support thereof, would respectfully state as follows:

1.    Plaintiff's answer to the Counterclaim (Dkt. 25) was due by extension on August 10, 2020.

2.    As mentioned in Plaintiff's last extension request, the minor daughter of Plaintiff's counsel was diagnosed with Covid-19 approximately two weeks ago. The quarantine concluded yesterday with a full recovery by Plaintiff's counsel's daughter and the transition back to the office for the undersigned counsel, but the disruption involved with the quarantine was substantial.  Due to that disruption, and the workload of the SMM's counsel, including multiple hearings and depositions by Zoom, Plaintiff requests an additional extension until August 12, 2020 to file its Answer to JE Dunn's Counterclaim.

3.    JE Dunn has granted the extension and authorized the undersigned counsel to represent that it is not opposed to this Motion for Leave to file SMM's Answer and request for an additional extension of time until and including this Wednesday, August 12, 2020.

4.    Accordingly, Plaintiff respectfully requests an extension of time until and including August 12, 2020 to file its Answer to JE Dunn's Counterclaim.

5.      Plaintiff will not be requesting any further extensions of time on this matter.

MORRIS LAW GROUP

By:  /s/ MICHAEL S. ALFRED
        Steve Morris, Bar No. 1543
        Rosa Solis-Rainey, Bar No. 7921
        411 E. Bonneville Ave., Ste. 360
        Las Vegas, Nevada  89101

HALLETT & PERRIN, P.C.
Michael S. Alfred (*pro hac vice*)
1445 Ross Ave, Suite 2400
Dallas, Texas 75202
Email: malfred@hallettperrin.com

*Attorneys for Plaintiff*
*SUSTAINABLE MODULAR*
*MANAGEMENT, INC.*

## ORDER

IT IS SO ORDERED.

Dated this ___12th___ of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE