# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SUSTAINABLE MODULAR MANAGEMENT, INC.,<br><br>Plaintiff(s),<br><br>v.<br><br>JE DUNN CONSTRUCTION, et al.,<br><br>Defendant(s). | Case No. 2:20-cv-00790-JAD-NJK<br><br>**ORDER**<br><br>[Docket Nos. 67, 70] |

Pending before the Court is Defendants' motion to amend the answer and counterclaim. Docket No. 67. Also pending before the Court is Plaintiff's motion for leave to file an amended complaint. Docket No. 70. The deadlines to respond to the motions have expired, *see* Local Rule 7-2(b), but no response has been filed. Accordingly, the motions are both GRANTED as unopposed. Local Rule 7-2(d). The parties must promptly file and serve their amended pleadings. *See* Local Rule 15-1(b).

IT IS SO ORDERED.

Dated: August 23, 2021

_____
Nancy J. Koppe
United States Magistrate Judge