Robert Roos
Arizona Bar No. 009915
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 E. Washington Street, Suite 1200
Phoenix, AZ  85004
Tel: (602) 262-5311
Email: rroos@lewisroca.com
*(Admitted pro hac vice)*

Erik J. Foley
Nevada Bar No. 14195
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: efoley@lewisroca.com

*Attorneys for Defendant JE Dunn Construction Company, Federal Insurance Company, Hartford Fire Insurance Company, and Travelers Casualty and Surety Company of America, Pacific Indemnity Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of BOMBARD ELECTRIC, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>JE DUNN CONSTRUCTION COMPANY, a Missouri corporation; SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation; HARTFORD FIRE INSURANCE COMPANY, a surety; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a surety; FEDERAL INSURANCE COMPANY; a surety; PACIFIC INDEMNITY COMPANY, a surety; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>      Defendants.<br><br>UNITED STATES OF AMERICA, for the use and benefit of SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation,<br><br>      Plaintiff,<br><br>vs. | Case No.: 2:20-cv-00790-JAD-NJK<br><br>Consolidated With<br>Case No. 2:20-cv-01200-APG-VCF<br><br>**JOINT STIPULATION AND ORDER TO AMEND DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(THIRD REQUEST)** |

116216.2

| | |
|---|---|
| 1 2 3 4 5 6 | JE DUNN CONSTRUCTION COMPANY, a Missouri corporation; HARTFORD FIRE INSURANCE COMPANY, a surety; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a surety; FEDERAL INSURANCE COMPANY, a surety; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>      Defendants. |

This Stipulation to Amend Discovery Plan and Scheduling Order is made by and between all parties to this consolidated action (United States of America, for the use and benefit of Sustainable Modular Management, Inc. ("SMM"); United States of America, for the use and benefit of Bombard Electric, LLC ("Bombard"); The Sherwin-Williams Company; JE Dunn Construction Company ("JE Dunn"); Harford Fire Insurance Company ("Hartford"); Travelers Casualty and Surety Company of America ("Travelers"); Federal Insurance Company ("Federal"); and Pacific Indemnity Company ("Pacific")) through their respective counsel. (Collectively, all parties are referred to as "the Parties."). This is the third stipulation for amendment of the discovery plan and scheduling order.

Before addressing the requirements of LR 26-3, the following background information may provide the Court with context to aid it in evaluating the need for this amendment:

1. This case arises out of a multimillion-dollar construction project concerning the hospital located on Nellis Air Force Base, Nevada ("the Project"). The Parties are the general contractor (JE Dunn), JE Dunn's subcontractor (SMM), two of SMM's subcontractors (Bombard and Sherwin Williams), and JE Dunn's sureties.[1] The Project commenced in mid-2019 and work is still ongoing, although it is nearly complete.

2. To date, the Parties have been cooperating with each other and have engaged in extensive discovery and disclosure, with voluminous productions by both JE

---

[1] Bombard and Sherwin Williams have settled with JE Dunn and have assigned claims to JE Dunn. The parties are preparing the stipulations to dismiss Bombard and Sherwin Williams and to substitute JE Dunn in their place.

Dunn and SMM.  For example, JE Dunn has produced several hundred thousand pages of documents and SMM also has produced a substantial number of documents.  The Parties also have conducted twelve depositions through November 10, 2021, and have several more scheduled and contemplated.

3. SMM and JE Dunn have cooperated with respect to settling the claims of SMM's subcontractors, including the two who have asserted Miller Act claims herein, Bombard and Sherwin Williams.  All have reached agreement and have executed settlement agreements.  The Parties will be formally notifying the Court of these settlements in the near future and will realign the claims with the remaining parties in accordance with these settlements.

4. The Parties have agreed to mediate their disputes and had scheduled a mediation for December 20, 2021.  However, because the Project is nearing completion, new facts and issues are developing.  For example, JE Dunn has just decommissioned the temporary facilities that are the subject of this dispute, and there is disagreement between JE Dunn and SMM concerning the handling, storage and resulting damages involved with those facilities.  This development has added issues to the dispute that may require additional expert witnesses.  Additionally, SMM requires further third-party discovery before it will be prepared to mediate.  Finally, the selected mediator is not available to mediate until April, 2022.  The Parties sincerely hope that this dispute can be resolved in mediation and, therefore, do not wish to incur the substantial costs required to prepare expert reports in the event mediation is successful.

Accordingly, based on the forgoing, the Parties jointly move the Court to extend the dates for production of expert reports (and the subsequent deadlines in the Scheduling Order) to allow sufficient time for the expert reports to be prepared should mediation fail.

**Local Rule 26-3**

Pursuant to LR 26-3, the Parties state the following:

(a) The following discovery has been completed:

116116216.2

- 3 -

   1. The Parties submitted their initial disclosures;

   2. SMM propounded Interrogatories and Requests for Production to JE Dunn, to which JE Dunn has responded;

   3. SMM propounded Requests for Production to Travelers, Hartford, and Federal, to which all three have responded;

   4. JE Dunn propounded Interrogatories and Requests for Production to SMM, to which SMM has responded;

   5. Bombard propounded Requests for Admission, Requests for Production, and Interrogatories to JE Dunn and to SMM.  However, with SMM's approval, JE Dunn has settled with Bombard and no longer requires responses to its discovery requests; and

   6. The Parties both represent that their respective productions of documents are complete, with the exception of (1) JE Dunn's ongoing damages calculations (as the Project is ongoing), , (2) JE Dunn's response to SMM's second set of requests for production, (3) discovery related to the demobilization and relocation of the temporary facilities, (4) further documents SMM obtains from third parties, and (5) the Parties' ongoing obligation to produce any other document later-discovered and subject to production.

   7. The Parties have conducted thirteen depositions.

 (b) The following discovery remains to be completed:

   1. The Parties will disclose experts and submit reports for any experts they expect to present at trial;

   2. The Parties will take additional fact and expert depositions; and

   3. The Parties may serve additional third-party subpoenas for documents and/or depositions.

 (c) The following describes why the remaining discovery cannot be completed under the current schedule:

 As discussed in detail above, because of scheduling conflicts and the need for additional discovery, the Parties will be unable to conduct the mediation until April, 2022.  The Parties remain hopeful that the dispute will settle in mediation.  Thus, they seek to avoid the substantial

116116216.2

costs of developing expert reports unless and until required in the event that mediation fails. Because of the enormous quantity of documents and the complex factual background, expert witnesses will require about three months to review materials and draft expert reports. Accordingly, the Parties request to extend the initial deadline for production of expert to July 15, 2022. All subsequent deadlines in the Scheduling Order would adjust accordingly.

(d) A proposed schedule for completing all remaining discovery is as follows:

|  | **Old Deadline** | **New Deadline** |
|---|---|---|
| Deadline to Amend Pleadings and Add Parties | July 31, 2021 | No Change |
| Parties to designate experts and exchange reports consistent with Rule 26 | January 14, 2022 | July 15, 2022 |
| Parties to designate rebuttal experts and exchange reports consistent with Rule 26 | February 14, 2022 | August 15, 2022 |
| Discovery Period Closes | May 13, 2022 | November 18, 2022 |
| Dispositive Motion Submittal Deadline | July 15, 2022 | January 13, 2023 |
| Parties shall submit a pretrial order (to include the disclosures required by Fed. R. Civ. P. 26(a)(3)) | July 29, 2022 | February 17 2023 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

116116216.2

# STIPULATION

NOW, THEREFORE, the Parties hereby stipulate and agree to amend the Discovery Plan and Scheduling Order as described herein.

**IT IS SO STIPULATED.**

DATED this 23rd day of December, 2021.

| MORRIS LAW GROUP | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By: /s/ Michael S. Alfred<br>Steve Morris, Bar No. 1543<br>Rosa Solis-Rainey, Bar No. 7921<br>411 E. Bonneville Ave., Ste. 360<br>Las Vegas, Nevada 89101<br><br>HALLETT & PERRIN<br>Michael S. Alfred<br>1445 Ross Ave, Suite 2400<br>Dallas Texas 75202<br>*Attorneys for Plaintiff* | By: /s/ Erik J. Foley<br>Erik J. Foley<br>Nevada Bar No. 14195<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169<br>*Attorneys for Defendant*<br>*JE Dunn Construction Company* |
| **WILLIAMS STARBUCK** | **HUTCHISON & STEFFEN, PLC** |
| By: /s/ Donald H. Williams<br>Donald H. Williams, Bar No. 5548<br>Drew Starbuck, Bar No. 13964<br>612 So. Tenth Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff Bombard Electric, LLC* | By: /s/ Tim R. Koval<br>Joseph R. Ganley, Bar No. 5643<br>Patricia Lee, Bar No. 8287<br>Tim R. Koval, Bar No. 12014<br>Peccole Professional Park<br>10080 W. Alta Dr.<br>Las Vegas, NV 89145<br>*Attorneys for The Sherwin-Williams Company* |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

ORDER

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED December 27, 2021