MORRIS LAW GROUP
Steve Morris, Bar No. 1543
Rosa Solis-Rainey, Bar No. 7921
801 S Rancho Dr STE B4
Las Vegas, Nevada  89106
Telephone: (702) 474-9400
Facsimile:   (702) 474-9422
Email:  sm@morrislawgroup.com
Email:  rsr@morrislawgroup.com

Michael S. Alfred (*pro hac vice*)
State Bar No. 24014416
VerisLaw, PLLC
6508 Colleyville Blvd., Suite 100
Colleyville, Texas
(817) 678-4121 telephone
(512) 717-7230 fax
malfred@verislaw.net

*Attorneys for Plaintiff*
  *SUSTAINABLE MODULAR MANAGEMENT, INC.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation | Case No.  2:20-cv-00790-JAD-NJK |
| Plaintiff, | JOINT STIPULATION REGARDING DEPOSITION SCHEDULE |
| v. | |
| JE DUNN CONSTRUCTION COMPANY; FEDERAL INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; DOE Individuals I-X and ROE Entities I-X, inclusive, | |
| Defendants. | |

Consistent with this Court's Order [Dkt. 95] regarding the Renewed Joint Stipulation and Order to Extend Discovery and Related Deadlines [Dkt.94], the Parties submit this Joint Stipulation Regarding Deposition Schedule.  This stipulation is made by and between all parties to this consolidated action (United States of America, for the use and benefit of Sustainable Modular Management, Inc. ("SMM"); JE Dunn Construction Company ("JE Dunn"); Harford Fire Insurance Company ("Hartford"); Travelers Casualty and Surety Company of America ("Travelers"); Federal Insurance Company ("Federal"); and Pacific Indemnity Company ("Pacific") through their respective counsel (collectively, the "Parties.").

1.   The schedule for completing all remaining depositions is as follows:

| Deponent | Date | Location |
|---|---|---|
| Eli Kaldahl | April 18, 2023 | Kansas City, Missouri |
| Craig Stearns | April 20, 2023 | Kansas City, Missouri |
| Neal Gaudion | April 25, 2023 | Phoenix, Arizona |
| Jeramy Bristol (Begin am)/ Rick Bartolotti (Begin pm)/ | April 26, 2023 | Phoenix, Arizona |
| Joe Waters (am) | April 27, 2023 | Phoenix, Arizona |
| Kevin Purvis | May 8, 2023 | Dallas, Texas |
| Kevin Finn | May 9, 2023 | Dallas, Texas |
| Barry Bray | May 11, 2023 | Zoom |
| Nick Mackie | May 17, 2023 | Dallas, Texas |
| Bill Schwartzkopf | May 31, 2023 | Denver, Colorado |
| Army Corps of Engineers Representative | Floating as non-party witness[1] | Little Rock, Arkansas (anticipated) |

[1] Sustainable Modular Management plans to notice this deposition.  The Assistant United States Attorney handling the scheduling of this deposition has not yet provided available dates for this deposition.  Because this deposition involves a non-party, Government witness, SMM and JE Dunn have agreed to cooperate in setting this deposition once the Government provides available dates.

2

1

## STIPULATION

2      NOW, THEREFORE, the Parties hereby stipulate and agree to the Deposition Schedule

3   as described herein.

4

5      IT IS SO STIPULATED.

6   DATED this 7ᵗʰ day of April, 2023.

7   MORRIS LAW GROUP                                LEWIS ROCA ROTHGERBER CHRISTIE LLP

8   By:  /s/ Michael S. Alfred                      By: /s/ Adrienne Brantley-Lomeli
9   Steve Morris, Bar No. 1543                      Adrienne Brantley-Lomeli, Bar No. 14486
    Rosa Solis-Rainey, Bar No. 7921                 3993 Howard Hughes Pkwy, Suite 600
10  411 E. Bonneville Ave., Ste. 360                Las Vegas, NV 89169-5996
    Las Vegas, Nevada 89101
11                                                  Attorneys for Defendant
12  Michael S. Alfred (pro hac vice)                JE Dunn Construction Company
    State Bar No. 24014416
13  VerisLaw, PLLC
    6508 Colleyville Blvd., Suite 100
14  Colleyville, Texas
15  (817) 678-4121 telephone
    (512) 717-7230 fax
16  malfred@verislaw.net

17  Attorneys for Plaintiff
18

19

20  With respect to the deposition of the          ORDER
    Army Corp of Engineers, Sustainable
21  Modular Management must promptly                IT IS SO ORDERED.
    provide the assigned AUSA with a
22  copy of the order at Docket No. 95.  A
    stipulation with a firm deposition date        _____
23  for the Army Court of Engineers must
24  be filed by April 24, 2023.                     United States Magistrate Judge

25                                                  DATED  April 10, 2023
26

27

28

3