# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SUSTAINABLE MODULAR MANAGEMENT, INC.,<br><br>Plaintiff(s),<br><br>v.<br><br>JE DUNN CONSTRUCTION, et al.,<br><br>Defendant(s). | Case No. 2:20-cv-00790-GMN-NJK<br><br>**Order** |

A settlement conference is set for September 28, 2023. Having reviewed the parties' positions in their settlement statements, the Court finds that a settlement conference would be futile. Accordingly, the settlement conference is **VACATED**.

IT IS SO ORDERED.

Dated: September 26, 2023

_____
Nancy J. Koppe
United States Magistrate Judge