**MORRIS LAW GROUP**
Steve Morris, Bar No. 1543
Rosa Solis-Rainey, Bar No. 7921
801 S Rancho Drive, Suite B4
Las Vegas, Nevada 89106
Telephone: (702) 474-9400
Facsimile:   (702) 474-9422
Email:  sm@morrislawgroup.com
Email:  rsr@morrislawgroup.com

VerisLaw, PLLC
Michael S. Alfred (*pro hac vice*)
6508 Colleyville Blvd., Suite 100
Colleyville, Texas 76034
Telephone: (817) 678-4121
Facsimile: (512) 717-7230
Email: malfred@verislaw.net

*Attorneys for Plaintiff*
   SUSTAINABLE MODULAR MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation,<br>                    *Plaintiff,*<br>v.<br>JE DUNN CONSTRUCTION COMPANY, *et al.*,<br>                    *Defendants.* | Case No.  2:20-cv-00790-GMN-NJK<br><br>**STIPULATION AND ORDER FOR A 14-DAY EXTENSION OF TIME FOR SMM TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR RECONSIDERATION**<br><br>**FIRST REQUEST FOR EXTENSION** |

This Stipulation to extend Sustainable Modular Management, Inc.'s deadline to respond to Defendants' Motion for Reconsideration (the Motion") is made by and between Plaintiff United States of America, for the use and benefit of Sustainable Modular Management, Inc. ("Plaintiff") and Defendant JE Dunn Construction Company ("JE Dunn") through their respective counsel, in light of the following facts:

# RECITALS

1. On April 16, 2024, JE Dunn Construction Company ("JE Dunn") filed its Motion to Reconsider [Dkt. 132] the Court's March 21, 2024 Order Granting Motion for Partial Summary Judgment filed by SMM [Dkt. 127]. The response to that Motion to Reconsider is currently due on April 30, 2024.

2. Due to prior obligations and conflicts with SMM's schedule, SMM consulted with opposing counsel to request a 14-day extension of time to file a Response to the Motion to Reconsider. Defendants graciously responded that they did not oppose such a request under the circumstances, as described below.

3. Specifically, SMM's counsel is a candidate for a school-board election in the Grapevine-Colleyville Independent School District, located in Tarrant County, Texas, where he resides and in which one of his children currently attends school. Early voting begins on April 22, 2024 and runs through April 30, 2024, with election day on May 4, 2024. Between now and then, the undersigned counsel is and will be spending a significant amount of time campaigning and working the polling locations once early voting begins.

4. In addition to the campaign commitments, the undersigned continues to have a heavy workload, including preparing and filing two discovery motions, preparing for and participating in a deposition set for April 25, 2024, preparing a response to a motion to dismiss in federal court that is due on April 26, 2024, preparing a response to a motion for summary judgment that is due on April 30, 2024, and preparing for an evidentiary hearing that is scheduled for May 1, 2024.

5. Accordingly, the Parties stipulate to a 14-day extension of time for SMM to respond to Defendants' Motion to Reconsider until and including May 14, 2024.

6. There is good cause to grant this stipulation because SMM requires additional time to prepare a proper response on behalf of SMM to JE Dunn's Motion for Reconsideration.

7. JE Dunn does not oppose the relief requested herein and has graciously agreed to submit it as a stipulation. This stipulation is filed in good faith and not intended to cause delay.

...

8. Pursuant to Local Rule IA 6-1, SMM respectfully requests that the Court extend SMM's deadline to respond to JE Dunn's Motion for Reconsideration through May 14, 2024.

9. This stipulation renders moot SMM's previously-filed unopposed motion for extension of time.

**STIPULATION**

DATED this 30th day of April, 2024          DATED this 30th day of April, 2024

MORRIS LAW GROUP                             LEWIS ROCA ROTHGERBER CHRISTIE LLP

BY: /s/ Michael S. Alfred                    BY: /s/ Robert Roos
Steve Morris, Bar No. 1543                   Nevada Bar No.
Rosa Solis-Rainey, Bar No. 7921              3993 Howard Hughes Pkwy, Suite 600
801 S. Rancho Dr., Suite B                   Las Vegas, NV 89169
Las Vegas Nevada 89106

*Attorneys for Defendant JE Dunn Construction Company*

VerisLaw, PLLC
Michael S. Alfred (admitted *pro hac vice*)
4843 Colleyville Blvd., Suite 251-391
Colleyville, Texas 76034

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____,
United States District Court Judge

DATED: April 29, 2024

3