Robert Roos
Arizona Bar No. 009915
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
Tel: (602) 262-5311
Email: rroos@lewisroca.com
*(Admitted pro hac vice)*

Dan R. Waite
Nevada Bar No. 4078
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: dwaite@lewisroca.com

*Attorneys for Defendants JE Dunn Construction Company, Federal Insurance Company, Hartford Fire Insurance Company, Travelers Casualty and Surety Company of America and Pacific Indemnity Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>JE DUNN CONSTRUCTION COMPANY; FEDERAL INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; DOE Individuals I-X and ROE Entities I-X, inclusive,<br><br>    Defendants.<br><br>And All Related Matters | Case No.: 2:20-cv-00790-GMN-NJK<br>Consolidated with<br>Case No.: 2:20-cv-01200-APG-VCF<br><br>**STIPULATION AND ORDER FOR A 15-DAY EXTENSION OF TIME FOR DEFENDANT JE DUNN TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION**<br><br>**FIRST REQUEST FOR EXTENSION** |

Pursuant to LR IA 6-1, Defendant JE Dunn Construction Company ("Defendant") and Plaintiff United States of America, for the use and benefit of Sustainable Modular Management, Inc. ("Plaintiff") stipulate to extend the deadline for Defendant to file its reply in support of its

124897698.1

Motion for Reconsideration (the "Motion") by 15 days to June 5, 2024, in light of the following facts:

**RECITALS**

1. On April 16, 2024, Defendant filed its Motion to Reconsider [Dkt. 132] the Court's March 21, 2024 Order Granting Motion for Partial Summary Judgment filed by Plaintiff [Dkt. 127].

2. On April 30, 2024, Plaintiff filed its Stipulation and Proposed Order for a 14-Day Extension of Time to respond to the Motion [Dkt. 134]. The Court granted the stipulation the same day causing Plaintiff's response to be due May 14, 2024 [Dkt. 135]. Plaintiff timely filed its response.

3. Defendant's Reply in Support of Its Motion for Reconsideration is currently due on May 21, 2024. Due to prior obligations and conflicts of Defendants' counsel, Defendant's counsel consulted with Plaintiff's counsel to request a 15-day extension of time to file Defendant's Reply in support of its Motion. Plaintiff's counsel responded that he does not oppose such a request under the circumstances, as described below.

4. Defendant's counsel has a heavy workload, including, among other things, preparing for a deposition set for May 22, 2024, the filing of a discovery motion on an expedited basis and the filing of a pre-hearing statement due on May 24, 2024. Counsel is also preparing for an evidentiary hearing scheduled for June 4, 2024.

5. Accordingly, the Parties stipulate to a 15-day extension of time for Defendant to file its reply in support of its Motion until and including June 5, 2024

6. There is good cause to grant this stipulation because Defendant's counsel requires additional time to prepare a proper reply on behalf of Defendant in support of its Motion. This is Defendant's first request for an extension of time.

7. Plaintiff does not oppose the relief requested herein and has graciously agreed to submit it as a stipulation. This stipulation is filed in good faith and not intended to cause delay.

8. Pursuant to Local Rule IA 6-1, Defendant respectfully requests that the Court extend Defendant's deadline to file its reply in support of its Motion through June 5, 2024.

**STIPULATION**

DATED this 17th day of May, 2024

MORRIS LAW GROUP

By: */s/ Michael S. Alfred*
Doreen Spears Hartwell, SBN 7525
Laura J. Thalacker, SBN 5252
HARTWELL THALACKER, LTD
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141

VerisLaw, PLLC
Michael S. Alfred (Pro Hac Vice)
4843 Colleyville Blvd., Ste 251-391
Colleyville, Texas 76034

*Attorneys for Plaintiff*

DATED this 17th day of May, 2024

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Robert F. Roos*
Robert F. Roos (Pro Hac Vice)
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004-2595

Dan R. Waite, Bar No. 4078
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

*Attorneys for Defendant/Counterclaimant JE Dunn Construction Company and Surety Defendants*

**ORDER**

IT IS SO ORDERED.

_____
United States District Court Judge

DATED: __May 17, 2024_____

124897698.1