# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SUSTAINABLE MODULAR MANAGEMENT, INC.,<br><br>    Plaintiff(s),<br><br>v.<br><br>JE DUNN CONSTRUCTION, et al.,<br><br>    Defendant(s). | Case No. 2:20-cv-00790-GMN-NJK<br><br>**Order** |

    A settlement conference is set for June 25, 2024. Having reviewed the parties' positions in their settlement statements, holding a settlement conference would be futile.[1] Accordingly, the settlement conference is **VACATED**.

    IT IS SO ORDERED.

    Dated: June 21, 2024

                                                Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] Papers submitted *in camera* express disappointment that the earlier settlement conference was also vacated as futile. To be clear, the Court takes the parties at their word when they state positions in their written submissions. Based on those representations, there is no point in expending the significant judicial resources required to hold this settlement conference.