Robert F. Roos
Arizona Bar No. 009915
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
Tel: (602) 262-5311
Email: rroos@lewisroca.com
*(Admitted pro hac vice)*

Dan R. Waite
Nevada Bar No. 004078
Dale Kotchka-Alanes
Nevada Bar No. 13168
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: DWaite@lewisroca.com
        DKotchkaalanes@lewisroca.com

*Attorneys for Defendants JE Dunn Construction Company, Federal Insurance Company, Hartford Fire Insurance Company, and Travelers Casualty and Surety Company of America, Pacific Indemnity Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JE DUNN CONSTRUCTION COMPANY; FEDERAL INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; DOE Individuals I-X and ROE Entities I-X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00790-GMN-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PRE-TRIAL ORDER**<br><br>**(SIXTH AND FINAL REQUEST FOR EXTENSION OF ONE WEEK)** |

This Stipulation for a Sixth Extension of One Week to file the Joint Pre-Trial Order, until and including December 13, 2024, is made by and between Plaintiff, United States of America, for the use and benefit of Sustainable Modular Management, Inc. ("SMM") and Defendants,

126718237.1

1  JE Dunn Construction Company ("JE Dunn"), Federal Insurance Company; Hartford Fire
2  Insurance Company; Travelers Casualty and Surety Company Of America (collectively "the
3  Surety Defendants"), and in support thereof, the Parties respectfully state:

4      1.    In short, the Parties did not anticipate the need to request a further extension;
5  however, lead counsel for JE Dunn and the Surety Defendants, Robert Roos, became ill on
6  November 28, 2024 that caused him to be unable to work productively for four days, causing a
7  delay in the Parties' preparations.

8      2.    The Parties have continued to work diligently and cooperatively on the Joint
9  Proposed Pretrial Order, and since the last submission, counsel have held four extended video
10 conferences that have each been a minimum of four hours in length.  Counsel have narrowed the
11 issues and agreed upon many stipulated facts, anticipate agreeing to further stipulated facts, and
12 have agreed upon a large number of contested issues of fact. Given the progress made before and
13 after Mr. Roos' illness the Parties are confident they will complete the Joint Pretrial Order by
14 December 13, 2024.

15     3.    There is good cause to grant this stipulation because the Parties have been working
16 diligently and cooperatively on the proposed Joint Proposed Pretrial Order, but were sidetracked
17 by four days due to circumstances out of their control, and therefore, an additional week is needed
18 to finalize the Joint Pretrial Order.

19     4.    This is the Parties' Sixth request for an extension of the deadline to file their Joint
20 Proposed Pretrial Order.  This stipulation is filed in good faith and not intended to cause delay.

21     5.    As mentioned above, the Parties are confident they can complete their Proposed
22 Joint Pretrial Order by December 13, 2024.

126718237.1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED this 4th day of December 2024. | DATED this 4th day of December 2024. |
| 3 | HARTWELL THALACKER, LTD. | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| 4 | BY: /s/ Michael S. Alfred | BY: /s/ Robert F. Roos  *(with permission)* |
|   | Doreen Spears Hartwell, SBN 7525 | Robert F. Roos (admitted *pro hac vice*) |
| 5 | Laura J. Thalacker, SBN 5252 | 201 East Washington Street, Suite 1200 |
|   | Hartwell Thalacker, Ltd | Phoenix, Arizona 85004-2595 |
| 6 | 11920 Southern Highlands Pkwy, Suite 201 | |
|   | Las Vegas, Nevada 89141 | Dan R. Waite, Bar No. 4078 |
| 7 | | Dale Kotchka-Alanes, Bar No. 13168 |
|   | VerisLaw, PLLC | 3993 Howard Hughes Pkwy, Suite 600 |
| 8 | Michael S. Alfred (admitted *pro hac vice*) | Las Vegas, NV 89169-5996 |
|   | 4843 Colleyville Blvd., Suite 251-391 | |
| 9 | Colleyville, Texas 76034 | *Attorneys for Defendant/Counterclaimant JE Dunn Construction Company and Surety Defendants* |
| 10 | *Attorneys for Plaintiff* | |

**ORDER**

**IT IS SO ORDERED**

Dated: December 5, 2024.

_____
United States District Court Judge

- 3 -

126718237.1

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that on December 4, 2024, the above SIXTH STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PRE-TRIAL ORDER was served via electronic service on all counsel of record.

/s/ Edye Buxbaum
An Employee of VerisLaw, PLLC

- 4 -

126718237.1