Doreen Spears Hartwell, SBN 7525
Laura J. Thalacker, SBN 5252
HARTWELL THALACKER, LTD
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
Phone: (702) 850-1074; Fax: (702) 508-9551
Email: Doreen@HartwellThalacker.com
Email: Laura@HartwellThalacker.com

and

Michael Alfred (*pro hac vice*)
VERISLAW, PLLC
4843 Colleyville Blvd., Suite 251-391
Colleyville, Texas 76034
Phone: (817) 678-4121 Fax: (512) 717-7230
Email: malfred@verislaw.net

*Attorneys for Plaintiff Sustainable Modular Management, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>JE DUNN CONSTRUCTION COMPANY; FEDERAL INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; DOE Individuals I-X and DOE Entities I-X, inclusive,<br><br>*Defendants*. | Case No. 2:20-cv-00790- GMN-NJK<br><br>**ADDENDUM TO JOINT PRETRIAL ORDER SUBMITTING TRIAL DATES** |

Plaintiff, United States of America, for the use and benefit of Sustainable Modular Management, Inc. ("SMM"), Defendant/Counterclaimant JE Dunn Construction Company ("JE Dunn"), and Defendants Federal Insurance Company, Hartford Fire Insurance Company, and

Travelers Casualty and Surety Company (collectively "Surety Defendants") submit this addendum to the Proposed Joint Pretrial Order submitted on December 13, 2024 [Dkt. 156].

## IX.

The attorneys and parties have met and jointly offer these three dates for commencement of the trial in this matter:

> July 28, 2025 – all week available.
> August 4, 2025 – all week available.
> August 11, 2025 – with conflicts on August 14 and 15, 2025.

If the trial commences on August 11, 2025, a conflict exists the following week on August 19, 2025. Counsel are committed to working together on the order of witnesses and calling witnesses out of order to accommodate witness schedules, including allowing certain witnesses to testify remotely using video.

DATED December 20, 2024.

| HARTWELL THALACKER, LTD | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By: /s/ Michael S. Alfred<br>Doreen Spears Hartwell, SBN 7525<br>Laura J. Thalacker, SBN 5252<br>HARTWELL THALACKER, LTD<br>11920 Southern Highlands Pkwy<br>Suite 201<br>Las Vegas, Nevada 89141<br><br>VerisLaw, PLLC<br>Michael S. Alfred<br>(admitted *pro hac vice*)<br>4843 Colleyville Blvd., Suite 251-391<br>Colleyville, Texas 76034<br><br>*Attorneys for Plaintiff* | By: /s/ Robert Roos<br>Robert F. Roos (Pro Hac Vice)<br>201 East Washington Street, Suite 1200<br>Phoenix, Arizona 85004-2595<br><br>Dale Kotchka-Alanes, Bar No. 13168<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br><br>*Attorneys for Defendant/Counterclaimant*<br>*JE Dunn Construction Company and Surety Defendants* |

**XII.**

ACTION BY THE COURT

This case is set for a bench trial on the ~~fixed~~/stacked calendar on   July 28, 2025 at 8:30 a.m.   .
Calendar call will be held on   July 22, 2025 at 9:00 a.m.                                                    .

DATED:   *January 6, 2025*             (*SMM estimates that the trial will take between 7 and 10 days. JE Dunn estimates the trial will require 12 to 15 days.*)

_____
UNITED STATES DISTRICT JUDGE

United States of America for the use and benefit
of Sustainable Modular Management Inc. v. JE
Dunn Construction Company, et al.
2:20-cv-00790-GMN-NJK
Addendum to Proposed Joint Pretrial Order

127029684.1

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that on December 20, 2024, that the above ADDENDUM TO JOINT PRE-TRIAL ORDER was served via electronic service on all counsel of record.

/s/ Edye Buxbaum
An Employee of VerisLaw, PLLC

127029684.1