Robert Roos
Arizona Bar No. 009915
Andrew Jacobsohn
Arizona Bar No. 037792
**WOMBLE BOND DICKINSON (US) LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ  85004
Tel:    602.262.5311
Email: Robert.Roos@wbd-us.com
(*Admitted pro hac vice*)
Email: Andrew.Jacobsohn@wbd-us.com
(*Admitted pro hac vice*)

Dale Kotchka-Alanes
Nevada Bar No. 13168
**WOMBLE BOND DICKINSON (US) LLP**
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: Dale.Kotchka-Alanes@wbd-us.com

*Attorneys for Defendants JE Dunn Construction Company, Federal Insurance Company, Hartford Fire Insurance Company, Travelers Casualty and Surety Company of America, Pacific Indemnity Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>J.E. DUNN CONSTRUCTION COMPANY; FEDERAL INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; DOE Individuals I-X and ROE Entities I-X, inclusive,<br><br>Defendants/Counter-Claimants. | Case No. 2:20-cv-00790- GMN-NJK<br><br>**JOINT STATUS REPORT AND STIPULATION FOR EXTENSION OF TIME REGARDING SETTLEMENT**<br><br>**(FIRST REQUEST FOR EXTENSION)** |

Pursuant to the Court's June 2, 2025, Minute Entry Order (ECF No.174), the Parties submit this Joint Status Report.

4917-5439-8546.1



1   The parties finalized and approved the settlement agreement for this matter and are
2   currently circulating the final agreement for signatures by all parties. Due to the number of
3   signatories to the agreement and the upcoming holiday, the parties anticipate that they will require
4   through July 11, 2025, to obtain all signatures and file a stipulation for dismissal with prejudice.
5       Accordingly, the parties request that the Court provide the parties through July 11, 2025,
6   to file dismissal documents or to update the Court on the status of settlement. This is the first
7   request for an extension of time regarding settlement. The parties do not anticipate requesting a
8   further extension.
9   DATED July 2, 2025.

| HARTWELL THALACKER, LTD | WOMBLE BOND DICKINSON (US) LLP |
|---|---|
| By: */s/ Michael S. Alfred* <br> Doreen Spears Hartwell, SBN 7525 <br> Laura J. Thalacker, SBN 5252 <br> 11920 Southern Highlands Pkwy, 201 <br> Las Vegas, Nevada 89141 | By: */s/ Robert F. Roos* <br> Robert F. Roos (Pro Hac Vice) <br> Andrew Jacobsohn (Pro Hac Vice) <br> 201 East Washington Street, Suite 1200 <br> Phoenix, Arizona 85004-2595 |
| VerisLaw, PLLC <br> Michael S. Alfred <br> (admitted *pro hac vice*) <br> 4843 Colleyville Blvd., <br> Suite 251-391 <br> Colleyville, Texas 76034 | Dale Kotchka-Alanes, Bar No. 13168 <br> 3993 Howard Hughes Pkwy, Suite 600 <br> Las Vegas, NV 89169-5996 <br><br> *Attorneys for Defendant/Counterclaimant JE Dunn Construction Company and Surety Defendants* |
| *Attorneys for Plaintiff* | |

**ORDER**

**IT IS SO ORDERED**

_____
United States District Court Judge

4917-5439-8546.1

- 2 -

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that on July 2, 2025, that the above JOINT STATUS REPORT AND STIPULATION FOR EXTENSION OF TIME REGARDING SETTLEMENT (FIRST REQUEST FOR EXTENSION) was served via electronic service on all counsel of record.

*/s/ Luz Horvath*
Of Womble Bond Dickinson (US) LLP

4917-5439-8546.1

- 3 -