Doreen Spears Hartwell, SBN 7525
Laura J. Thalacker, SBN 5252
HARTWELL THALACKER, LTD
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
Phone: (702) 850-1074; Fax: (702) 508-9551
Email: Doreen@HartwellThalacker.com
Email: Laura@HartwellThalacker.com

and

Michael Alfred (*pro hac vice*)
VERISLAW, PLLC
4843 Colleyville Blvd., Suite 251-391
Colleyville, Texas 76034
Phone: (817) 678-4121 Fax: (512) 717-7230
Email: malfred@verislaw.net

*Attorneys for Plaintiff Sustainable
Modular Management, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation,<br>    *Plaintiff*,<br><br>vs.<br><br>JE DUNN CONSTRUCTION COMPANY; FEDERAL INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; DOE Individuals I-X and DOE Entities I-X, inclusive,<br>    *Defendants*. | Case No. 2:20-cv-00790- GMN-NJK<br><br><br>**AGREED MOTION TO DISMISS WITH PREJUDICE** |
| JE DUNN CONSTRUCTION COMPANY<br>    *Counter-Plaintiff*<br><br>vs.<br><br>SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation,<br>    *Counter-Defendant*. | |

127029684.1

Plaintiff, Sustainable Modular Management, Inc. ("Plaintiff"), and Defendants, JE Dunn Construction Company, Federal Insurance Company, Hartford Fire Insurance Company, Travelers Casualty and Surety Company of America, DOE Individuals I-X and Does Entities I-X, (the "Defendants") (collectively referred to as the "Parties"), submit their Agreed Motion to Dismiss with Prejudice (the "Motion"), and respectfully show the Court as follows:

Plaintiff and Defendants have settled all of their respective claims arising out of and/or relating to the above-captioned case, the allegations and causes of action stated in the pleadings, and the circumstances that gave rise to this action.

The Parties therefore respectfully request this Court grant this Motion and dismiss all claims and causes of action that Plaintiff and Defendants brought or could have brought against each other in this lawsuit, with prejudice to the refiling of same.

DATED July 11, 2025.

HARTWELL THALACKER, LTD   LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Michael S. Alfred\
  Doreen Spears Hartwell, SBN 7525\
  Laura J. Thalacker, SBN 5252\
  HARTWELL THALACKER, LTD\
  11920 Southern Highlands Pkwy\
  Suite 201\
  Las Vegas, Nevada 89141

  VerisLaw, PLLC\
  Michael S. Alfred\
  (admitted *pro hac vice*)\
  4843 Colleyville Blvd., Suite 251-391\
  Colleyville, Texas 76034

*Attorneys for Plaintiff*

By: /s/ Robert Roos\
  Robert F. Roos (Pro Hac Vice)\
  201 East Washington Street, Suite 1200\
  Phoenix, Arizona 85004-2595

  Dale Kotchka-Alanes, Bar No. 13168\
  3993 Howard Hughes Pkwy, Suite 600\
  Las Vegas, NV 89169-5996

*Attorneys for Defendant/Counterclaimant*\
*JE Dunn Construction Company and Surety Defendants*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that on July 11, 2025, that the above MOTION TO RESET IN-PERSON PRE-TRIAL CONFERENCE was served via electronic service on all counsel of record.

/s/ Michael S. Alfred
Michael S. Alfred

127029684.1

Doreen Spears Hartwell, SBN 7525
Laura J. Thalacker, SBN 5252
HARTWELL THALACKER, LTD
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
Phone: (702) 850-1074; Fax: (702) 508-9551
Email: Doreen@HartwellThalacker.com
Email: Laura@HartwellThalacker.com

and

Michael Alfred (*pro hac vice*)
VERISLAW, PLLC
4843 Colleyville Blvd., Suite 251-391
Colleyville, Texas 76034
Phone: (817) 678-4121 Fax: (512) 717-7230
Email: malfred@verislaw.net

*Attorneys for Plaintiff Sustainable*
*Modular Management, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation, <br>    *Plaintiff*, <br><br> vs. <br><br> JE DUNN CONSTRUCTION COMPANY; FEDERAL INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; DOE Individuals I-X and DOE Entities I-X, inclusive, <br>    *Defendants*. | Case No. 2:20-cv-00790- GMN-NJK <br><br><br> **ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE** |
| JE DUNN CONSTRUCTION COMPANY <br>    *Counter-Plaintiff* <br><br> vs. <br><br> SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation, <br>    *Counter-Defendant*. | |

After having considered the Agreed Motion to Dismiss with Prejudice [Dkt.178] (the "Motion") filed by Plaintiff, Sustainable Modular Management, Inc. ("Plaintiff"), and Defendants, JE Dunn Construction Company, Federal Insurance Company, Hartford Fire Insurance Company, Travelers Casualty and Surety Company of America, DOE Individuals I-X and Does Entities I-X, (the "Defendants"), the Court finds that the Motion should granted.

Therefore, the Court ORDERS that this lawsuit and all claims asserted or that could have been asserted by and between Plaintiffs and Defendants be, and are hereby, dismissed with prejudice to the re-filing of same, with each party bearing its own costs and attorney's fees.

Dated:   July 14, 2025.


_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

AGREED:

HARTWELL THALACKER, LTD

By: /s/ Michael S. Alfred

Doreen Spears Hartwell, SBN 7525
Laura J. Thalacker, SBN 5252
HARTWELL THALACKER, LTD
11920 Southern Highlands Pkwy
Suite 201
Las Vegas, Nevada 89141

VerisLaw, PLLC
Michael S. Alfred
(admitted *pro hac vice*)
4843 Colleyville Blvd., Suite 251-391
Colleyville, Texas 76034

*Attorneys for Plaintiff*

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Robert Roos

Robert F. Roos (Pro Hac Vice)
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004-2595

Dale Kotchka-Alanes, Bar No. 13168
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

*Attorneys for Defendant/Counterclaimant*
*JE Dunn Construction Company and Surety Defendants*

127029684.1